# ALABAMA COURT OF CRIMINAL APPEALS



August 22, 2025

**CR-2024-1024**
Shaniah Woods v. State of Alabama (Appeal from Mobile Circuit Court: CC-14-828.63)

## <u>NOTICE</u>

You are hereby notified that on August 22, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk